(54 South. 1012.)

No. 18,563.

MICHEL, Secretary of State, v. SOUTHERN INS. CO.

Appeal of DOLLERHIDE.

(March 13, 1911. Rehearing Denied May 8, 1911.)

Appeal from Civil District Court, Parish of Orleans; W. B. Sommerville, Judge.

Action by John T. Michel, Secretary of State, against the Southern Insurance Company. From the judgment, Mrs. C. M. Dollerhide, opponent, appeals. Affirmed.

J. Zach Spearing, for appellant. Foster, Milling, Brian & Saal and J. C. Henriques, for appellee.

LAND, J. This suit is on all fours with that of John T. Michel, Secretary of State, v. Southern Insurance Company, Intervention of the Tyler Canning & Pickling Co. (No. 18,559) 54 South. 1010,[1] this day decided; and for the same reasons the judgment below must be affirmed.

It is therefore ordered that the judgment appealed from be affirmed, and that the opponent pay the costs of this appeal.